AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/25/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Roland Brown | Washington State Process Server Registration #2006-05 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
    7307 NE 120th Street
    Kirkland, WA 98034

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:
    George Dodov - President, Transoptima Freight and Logistics

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $60.00 | $70.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____6/4/2007____          _____signature_____
              Date                        Signature of Server

PO Box 866, Marysville, WA 98270
Address of Server

Subscribed and Sworn to before me on this __4__ day of __June__, 2007

_____signature_____
Notary Public in and for the State of Washington
Residing at Arlington
Commission expires Sept. 7, 2009

Notary Public
State of Washington
TAMMY L WEILMUENSTER
My Appointment Expires Sep 7, 2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.