HECCERSTEIN, S.

BADIAK & WILL, LLP
Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE CO.
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-H-154-RB
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FIREMAN'S FUND INSURANCE CO.,           07 CV 2948 (AKH)
as subrogee of Bricking Solutions,

              Plaintiff,                     ORDER OF VOLUNTARY
                                             DISMISSAL

    -against-

M/V "HANJIN DALLAS", her engines, boilers,
Etc., and TRANSOPTIMA FREIGHT &
LOGISTICS, INC.,

              Defendant.
------------------------------------------------------------X

    The above entitled matter having been settled, same be and herewith is dismissed

with prejudice and without costs.

DATED:    New York, New York
          July __, 2007

BADIAK & WILL, LLP                        NO APPEARANCE BY DEFENDANTS
Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE
    CO.
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-H-154-RB

By: _____
    ROMAN BADIAK (RB-1130)

SO ORDERED: _____
             U.S.D.J.